IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00559-P |
| | § | |
| ELLIS COUNTY, TEXAS et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff John Anthony Castro filed this civil suit on April 16, 2021, in the Fort Worth Division of the Northern District of Texas. Plaintiff's Complaint, however, asserts claims against Defendants Ellis County, Texas, the City of Grand Prairie, and Brad Norman, in his official capacity as Sheriff of Ellis County. *See* ECF No. 1. These Defendants and the events and omissions complained of occurred in and are located in the Dallas Division. Accordingly, the Court *sua sponte* orders that this civil action be **TRANSFERRED** to the Dallas Division of this Court. *See* 28 U.S.C. § 1406(a). The hearing scheduled today (ECF No. 3) is **CANCELED.**

**SO ORDERED** on this **19th day** of **April, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE